JOHN ZICK, RESPONDENT, v. JOHN F. SMITH, APPELLANT.

Submitted December 5, 1921—Decided February 2, 1922.

On appeal from the Supreme Court, whose opinion is reported in 95 *N. J. L.* 388.

For the respondent, *Atwood C. Wolf.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   12.

*For reversal*—None.